UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

D'ANGELO HUTCHINSON,

    Plaintiff,

v.                                      Case No. 8:05-CV-833-T-30TGW

THE CITY OF ST. PETERSBURG
and THE STATE OF FLORIDA,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Quash Service of Process (Dkt. #4). Defendants argue that Plaintiff's twenty day summons is insufficient for service of process as a matter of law because Plaintiff has failed to comply with the mandates of Florida Statute § 768.28(7). Specifically, Defendants contend that the Summons served upon them was defective because it stated that Defendants had twenty days to respond to the Complaint, rather than the thirty days specified in Florida Statute § 768.28(7).

The applicable Statute does not require Plaintiff to inform Defendants of the requisite number of days to which Defendants are entitled in the Summons. As such, the service of process was not defective and Defendants' Motion should be DENIED. Defendants are granted 15 days from the date of this Order to respond to the Plaintiff's Summons.

It is therefore ORDERED AND ADJUDGED that Defendants' Motion to Quash Service of Process (Dkt. #4) is **DENIED**. Defendants are granted 15 days from the date of this Order to respond to the Plaintiff's Summons.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\PDF TEMP FILE\05-cv-833.Order.wpd