# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**D'ANGELO HUTCHINSON,**

    **Plaintiff,**

**v.**                                                                    **Case No.  8:05-cv-833-T-30TGW**

**THE CITY OF ST. PETERSBURG and**
**THE STATE OF FLORIDA ,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Motions to Tax Fees and Costs (Dkts. 117, 119)[1] and Plaintiff's Response in opposition to the same (Dkt. 129). Pursuant to 42 U.S.C § 1988, a court, in its discretion, may award the prevailing party in a Section 1981 action attorneys' fees as a part of costs. See 42 U.S.C. §1988 (2005). However, in order for a defendant to be awarded prevailing party attorneys' fees in a Section 1981 case, there must be some determination that the plaintiff's claims were "frivolous, unreasonable, or without foundation, even though not brought in subjective bad faith." See Christianburg Garment Co. v. E.E.O.C., 434 U.S. 412, 421 (1978).  While Plaintiff failed to produce enough evidence to withstand summary judgment, this Court cannot say his claims were unreasonable or without foundation.  Accordingly, it is therefore ORDERED AND ADJUDGED that:

---

[1] This Court previously awarded Defendants their costs associated with the defense of this case (Dkt. 120).  Their collective costs totaled $439.74 (Dkts 117-2, 119-2).

1. Defendants' Motions to Tax Fees and Costs (Dkts. 117, 119) are **DENIED** as to their request for prevailing party attorneys' fees.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 20, 2007.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-833 - Motion for Attorneys' Fees.frm